UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:06-00012 |
| | ) CHIEF JUDGE HAYNES |
| DAVID LEWIS GENTRY | ) |

## AGREED ORDER

This matter came to be heard upon a Superseding Petition to Revoke Supervised Release (D.E. 284). Upon the defendant's admissions to the alleged violations, and upon agreement of the parties:

IT IS HEREBY ORDERED that the defendant's supervised release be revoked and that as a penalty for his violations, he serve a term of imprisonment of twelve (12) months and one (1) day with no term of supervision to follow. The defendant shall report to the United States Marshal's Service in Nashville, Tennessee, by Tuesday, October 15, 2013, at 2:00 p.m. to begin service of the sentence and shall remain on the same conditions of his supervised release until that time.

ENTERED this 26 day of August, 2013.

_____
WILLIAM J. HAYNES, Chief Judge
United States District Court

APPROVED FOR ENTRY:

_____
R. David Baker
Assistant Federal Public Defender

_____
Jimmie Lynn Ramsaur
Assistant United States Attorney